AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| ZACHARY TUCH, an individual,<br><br>*Plaintiff(s)*<br>v.<br>SEDONA SCHAT, an individual; NOAH YOO, an individual; ELEKTRA RECORDS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  2:23-cv-03256 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sedona Schat
552 Central Ave, Apt. 3R
Brooklyn, NY 11207

(continued on Attachment 2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kibler Fowler & Cave LLP
Matthew J. Cave
mcave@kfc.law
11100 Santa Monica Blvd., Suite 360
Los Angeles, California 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

KIBLER FOWLER & CAVE LLP
Matthew J. Cave (SBN 280704)
mcave@kfc.law
Kevin C. Kroll (SBN 301532)
kkroll@kfc.law
11100 Santa Monica Blvd., Suite 360
Los Angeles, California 90025
Telephone:  (310) 409-0400
Facsimile:   (310) 409-0401

*Attorneys for Plaintiff
Zachary Tuch*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZACHARY TUCH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SEDONA SCHAT, an individual; NOAH YOO, an individual; ELEKTRA RECORDS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-03256<br><br>**COMPLAINT FOR:**<br><br>**1. DECLARATORY RELIEF**<br>**2. ACCOUNTING**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*ZACHARY TUCH v. SEDONA SCHAT, et al.*

ATTACHMENT #2 TO SUMMONS

**ADDITIONAL DEFENDANTS TO BE SERVED:**

| | |
|---|---|
| Noah Yoo<br>25 Lefferts Ave., Apt. 5Y<br>Brooklyn, NY 11225 | Elektra Records, LLC<br>c/o CT Corporation<br>330 N Brand Blvd., Suite 700<br>Glendale, CA 91203 |

DOES 1 – 10
addresses unknown