JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZACHARY TUCH, an individual,<br><br>     Plaintiff,<br><br>     v.<br><br>SEDONA SCHAT, an individual; NOAH YOO, an individual; ELEKTRA RECORDS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>     Defendants. | CASE NO. 2:23-cv-03256<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Dale S. Fischer |

Having reviewed the parties' Stipulation of Dismissal with Prejudice, and for good cause showing, the Court hereby grants the stipulation and dismisses the case in its entirety with prejudice.

IT IS SO ORDERED.

Dated:   9/14/2023  _____

_____
Hon. Dale S. Fischer
United States District Judge

1